Judge Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                      :

IRVING ROMAN,                     :    08 Cr.

        Defendant.          :
- - - - - - - - - - - - - - - - x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 20 2008

INDICTMENT

08 CRIM 251

COUNT ONE

The Grand Jury charges:

On or about February 26, 2008, in the Southern District of New York, IRVING ROMAN, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction for Criminal Possession of a Controlled Substance in the Third Degree, in violation of New York Penal Law 220.16, on or about September 26, 2003, in New York Supreme Court, New York County, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a loaded 9 millimeter Hi-Point semi-automatic pistol, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____              _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

IRVING ROMAN,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

3/20/08 Filed Indictment Case assigned to Judge Berman