**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2008

**By Fax**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007



Re:   **United States** v. **Irving Roman,**
      **08 Cr. 251 (RMB)**

Dear Judge Berman:

      The Government respectfully submits this letter to request a one week adjournment of the suppression hearing scheduled for July 29, 2008, in the above entitled matter. In the last five days during the course of preparing for the suppression hearing, the Government has learned new facts concerning the circumstances of the defendant's arrest which may affect how and whether the Government will choose to proceed in this matter. The Government, therefore, requests that we be given one week to further investigate these facts. I have conferred with defense counsel and have been apprised that she will be unavailable from August 1 to August 8, 2008. Defense counsel has indicated that she consents to the adjournment and the exclusion of time from July 29, 2008, to the adjourn date.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:

Natalie Lamarque
Assistant United States Attorney
(212) 637-2206

*The suppression hearing is adjourned. The Court will hold a conference on 8-20-08 at 3:00 p.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.*

**SO ORDERED:**
**Date:** 7-24-08      *Richard M. Berman*
                       **Richard M. Berman, U.S.D.J.**

cc:   Peggy Cross, Esq. (by fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2008